UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCAPONE ALO,<br><br>   Plaintiff,<br><br>   v.<br><br>FRESNO CITY COLLEGE, STATE CENTER COMMUNITY COLLEGE,<br><br>   Defendants. | Case No.  1:22-cv-01271-ADA-BAM<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR ELECTRONIC FILING AND FOR SEAL OF THE COURT AND CLERK SIGNATURE**<br><br> (Doc. 4) |

  Plaintiff Alcapone Alo ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed this action on October 6, 2022.  (Doc. 1.)  On October 12, 2022, Plaintiff filed the instant request for permission to file documents electronically through the CM/ECF system.  (Doc. 4.)  Plaintiff also requests that all documents filed with the Court include both the seal of the Court and the signature of the Clerk of Court.  (*Id.*)

  Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court.  L.R. 133(a)-(b).  A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception."  L.R. 133(b)(3).

  Plaintiff states that he needs to use the electronic filing system "due to high inflation and gas prices rising."  (Doc. 4 at 1.)  Upon review of the pleadings in this action and the instant

1

1  request, the Court finds that this action currently does not warrant an exception to the Local Rule.

2  The Court has not yet screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

3  Further, documents intended to be filed with the Court must be mailed to the Clerk of the Court.

4  *See* Local Rule 134(a).  Accordingly, Plaintiff's motion for permission to utilize electronic filing

5  will be denied without prejudice.

6  　　　　Plaintiff's additional request that all of his filed documents contain the Court seal and

7  signature of the Clerk of the Court will likewise be denied.  Pro se documents filed on the Court's

8  docket generally include a file stamp, with the date and the signature of a deputy clerk.  If

9  Plaintiff wishes the Court to return a file-stamped copy, he must include an additional copy for

10 that purpose (i.e., submit an original and two copies, one for the Court's use and one to be

11 returned).  The Court cannot provide copy or mailing service for a party, even for an indigent

12 Plaintiff proceeding in forma pauperis.  Therefore, if Plaintiff wishes a file-stamped copy

13 returned, he must also provide an envelope with adequate postage pre-paid.

14 　　　　For the reasons stated, IT IS HEREBY ORDERED as follows:

15 　　1. Plaintiff's motion for permission to utilize electronic filing is DENIED without

16 　　　　prejudice; and

17 　　2. Plaintiff's general request that all filed documents contain the Court seal and signature

18 　　　　of the Clerk of the Court is DENIED.

19

IT IS SO ORDERED.

20

21 　Dated:　**October 24, 2022**　　　　　　　　/s/ *Barbara A. McAuliffe*　　

22 　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2