1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ALCAPONE ALO,                          No.  1:22-cv-01271-ADA-BAM

12              Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS AND DISMISSING
13        v.                               ACTION

14  FRESNO CITY COLLEGE, STATE             (ECF No. 8)
    CENTER COMMUNITY COLLEGE,
15
                Defendants.
16

17        Plaintiff Alcapone Alo ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this

18  civil action on October 6, 2022.  (ECF No. 1.)

19        On December 15, 2022, the assigned Magistrate Judge issued findings and

20  recommendations recommending as follows:  (1) Plaintiff's federal claims be dismissed, with

21  prejudice, for Plaintiff's failure to state a claim; (2) the Court decline to exercise supplemental

22  jurisdiction over Plaintiff's state law claims, if any; and (3) the action be dismissed based on

23  Plaintiff's failure to obey the Court's order and failure to prosecute.  (ECF No. 8.)  The findings

24  and recommendations were served on Plaintiff and contained notice that any objections thereto

25  were to be filed within fourteen (14) days after service.  (*Id.* at 10.)  No objections have been filed,

26  and the time in which to do so has passed.

27        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

28  *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on December 15, 2022, (ECF No. 8), are adopted in full;

2.   Plaintiff's federal claims are dismissed, with prejudice, for Plaintiff's failure to state claim;

3.   The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, if any;

4.   This action is dismissed based on Plaintiff's failure to obey the Court's order and failure to prosecute; and

5.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 14, 2023

_____
UNITED STATES DISTRICT JUDGE