## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ALCAPONE ALO,**

CASE NO: **1:22–CV–01271–ADA–BAM**

v.

**FRESNO CITY COLLEGE, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/15/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **February 15, 2023**

by: /s/ E. Flores
Deputy Clerk